UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRINCE PAUL RAYMOND WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>CHERYL L. BROWNS, et al.,<br><br>Defendants. | No.  1:21-cv-00622-DAD-BAM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION<br><br>(Doc. No. 5) |

    Plaintiff Prince Paul Raymond Williams proceeds pro se and *in forma pauperis* in this civil action against his minor child's court-appointed counsel and his child's other custodial parent, seeking sole legal and physical custody of the minor child, along with damages.  (Doc. No. 3.)

    On July 21, 2021, the assigned magistrate judge issued findings and recommendations, recommending that this action be dismissed, with prejudice as to plaintiff's federal claims and without prejudice as to plaintiff's state law claims, based on plaintiff's failure to obey the court's order and for lack of subject matter jurisdiction.  (Doc. No. 5.)  Those findings and recommendations were served on plaintiff and contained notice that objections thereto were to be filed within fourteen (14) days.  (*Id.*)  No objections have been filed and the time in which to do so has since passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the courts finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on July 21, 2021 (Doc. No. 5) are adopted in full;
2. This action is dismissed, with prejudice as to plaintiff's federal claims and without prejudice as to plaintiff's state law claims, based on plaintiff's failure to obey the court's order and for lack of subject matter jurisdiction; and
3. The Clerk of the Court is directed to close this action.

IT IS SO ORDERED.

Dated: **September 4, 2021**

_____
UNITED STATES DISTRICT JUDGE